UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>KAVEN TAN; SORN PHOUN; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-02166-JAM-AC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 2/17/2015         /s/ John A. Mendez_____

                                  HONORABLE JOHN A. MENDEZ

                                  UNITED STATES DISTRICT COURT JUDGE